IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY C. KING, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE PASLIN COMPANY, a Michigan corporation,<br><br>    Defendant. | Case No: 2:25-cv-11311-JJCG-KGA |

## **STIPULATED ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action be voluntarily dismissed with prejudice. The Court, having considered and approved the parties' stipulation, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

  **SO ORDERED**.

Date: October 31, 2025             **s/Jonathan J.C. Grey**
                       JONATHAN J.C. GREY
                       United States District Judge

So Stipulated:

/s/Ethan C. Goemann
Jason J. Thompson (P47184)
Ethan C. Goemann (GA #326816)
**SOMMERS SCHWARTZ, P.C.**
One Town Square, 17th Floor
Southfield, Michigan 48076
(248) 355-0300
jthompson@sommerspc.com
egoemann@sommerspc.com

/s/Courtney L. Nichols
Courtney L. Nichols (P75160)
**PLUNKETT COONEY**
38505 Woodward Avenue, Suite 100
Bloomfield Hills, Michigan 48304
(248) 594-6360
cnichols@plunkettcooney.com
*Attorney for Defendant*

/s/Jesse L. Young
Jesse L. Young (P72614)
**SOMMERS SCHWARTZ, P.C.**
141 E. Michigan Avenue, Suite 600
Kalamazoo, Michigan 49007
(269) 250-7500
jyoung@sommerspc.com


/s/Jonathan Melmed
Jonathan Melmed (CA SBN 290218)
Laura Supanich (P85849)
(CA SBN 314805)
**MELMED LAW GROUP, P.C.**
1801 Century Park East, Suite 850
Los Angeles, CA 90067
(310) 824-3828
jm@melmedlaw.com
lms@melmedlaw.com

*Attorneys for Plaintiff and
the Proposed Collective*

Date: October 31, 2025

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 31, 2025.

**s/ S. Osorio**
Sandra Osorio
Case Manager